# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201700171**

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## MATTHEW R. ALATORRE
Private First Class (E-2), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Michael D. Libretto, USMC.
Convening Authority: Commanding Officer, Marine Aviation Logistics Squadron 31, Marine Aircraft Group 31, Marine Corps Air Station, Beaufort, SC.
Staff Judge Advocate's Recommendation: Colonel John M. Henry, USMC.
For Appellant: Captain Scott F. Hallauer, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 8 August 2017

———————————————

Before MARKS, RUGH, and JONES, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court